IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 15-10081-ESL |
| JONATHAN OLMEDA RAMOS<br>SARID DE JESUS RESTO ACEVEDO | CHAPTER 13 |
| DEBTORS | |

**DEBTORS' REPLY TO TRUSTEE'S UNFAVORABLE
REPORT ON CONFIRMATION, DOCKET #12**

TO THE HONORABLE COURT:

**NOW COME, JONATHAN OLMEDA RAMOS and SARID DE JESUS RESTO ACEVEDO**, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Chapter 13 Trustee has filed an unfavorable report on confirmation, docket #12.

2. The debtors respectfully submit that on February 20, 2016, they filed an Amended Schedule "C" and an Amended Plan, in order to cure the objections raised by the Trustee in his unfavorable report on confirmation, docket #12.

3. Furthermore, the debtors respectfully submit that they have provided all the evidence requested by the Trustee.

4. Regarding the bank statement from Coop A/C Las Piedras, the debtors respectfully submit that due to a clerical error, the same was uploaded to trustee's system and there is no other purpose intended for such action.

5. With this information debtors respond to the Trustee's unfavorable report on confirmation, docket #12.

**WHEREFORE** debtors respectfully pray that Trustee's unfavorable recommendation be denied.

Page -2-
Reply to Trustee's unfavorable report
Case no. 15-10081-ESL13

    **I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to debtors to their address of record.

    **RESPECFULLY SUBMITTED**. In San Juan, Puerto Rico, this 20th day of February, 2016.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0816
TEL (787)744-7699FAX (787)746-5294
EMAIL: rfigueroa@rfclawpr.com