IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**JONATHAN OLMEDA RAMOS**
**SARID DE JESUS RESTO ACEVEDO**

Debtor(s)

CASE NUMBER: **15-10081-ESL**

CHAPTER 13

**TRUSTEE'S MOTION TO DEEM PLAN AMENDED**
**NOTICE AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully ALLEGES, STATES and PRAYS:

1. The plan dated 2/20/2016 was confirmed by this Honorable Court (dkt#16). After confirmation, trustee filed a motion for the plan to be deemed amended to include charges included in BANCO POPULAR DE PUERTO RICO's "Notice of Post-Petition Mortgage Fees, Expenses and/or Charges", filed on 03/06/2017. See Trustee's Motion to modify (dkt#40); Order granting Trustee's Motion to Modify (dkt#41).

2. Thereafter, BANCO POPULAR DE PUERTO RICO filed another "Notice of Post-Petition Mortgage Fees, Expenses and Charges on 3/01/2018, in the amount of $150.00

3. The trustee respectfully requests from this Honorable Court to grant Trustee's motion to modify and deem amended the plan since it is sufficiently funded to cover said fees, expenses and/or charges.

4. Debtor(s) is/are not member(s) of the U.S. Armed Forces, the Coast Guard, the Public Health Service or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy of which is attached only to the original of this motion and movant's copy.

**WHEREFORE**, it is respectfully requested to this Honorable Court to grant Trustee's motion to modify and deem amended the plan since it is sufficiently funded to cover said claim.

**NOTICE:** Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States

IN RE: 15-10081-ESL
MOTION TO MODIFY PLAN
Page | 2

Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants, to debtor(s) and all parties in interest.

**RESPECTFULLY SUBMITTED** at San Juan, Puerto Rico, this 8th day of March, 2018.

/s/ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062
San Juan, PR 00902-4062
Phone 787-977-3500
Fax 787-977-3521
CCC-SHRV

15-10081-ESL

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ATT SERVICES<br>PO BOX 192830<br>SAN JUAN, PR 00919 | BANCO POPULAR<br>C/O COLON SANTANA AND ASOCIADOS<br>315 COLL AND TOSTE<br>SAN JUAN, PR 00918 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 761<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 761<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 761<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| BP-CRLINE<br>SERV DE CREDITO A INDIVIDUOS<br>SAN JUAN, PR 00936 | COOP A/C DEL VALENCIANO<br>C/O LUIS FRED SALGADO<br>PMB 15 267 CALLE SIERRA MORENA<br>SAN JUAN, PR 00926-5583 |
| COOP A/C DEL VALENCIANO<br>PO BOX 1510<br>JUNCOS, PR 00777-1510 | COOP A/C DEL VALENCIANO<br>PO BOX 1510<br>JUNCOS, PR 00777-1510 |
| COOP A/C LAS PIEDRAS<br>PO BOX 414<br>LAS PIEDRAS, PR 00771-0414 | COOP A/C LAS PIEDRAS<br>PO BOX 414<br>LAS PIEDRAS, PR 00771-0414 |
| COOP A/C VALENCIANO<br>PO BOX 1510<br>JUNCOS, PR 00777 | DEPTEDNELNET<br>121 S 13TH ST<br>LINCOLN, NE 68508 |

DATED: March 08, 2018

/S/RENE GOMEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 3    - CASE NO 15-10081-ESL

15-10081-ESL

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| DEPTO DE TRANSPORTACION Y OBRAS PUBLICAS<br>PO BOX 41269<br>SAN JUAN, PR  00940-1269 | ECMC<br>LOCKBOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 |
| ECMC<br>PO BOX 16408<br>ST PAUL, MN  55116-0408 | JONATHAN OLMEDA RAMOS<br>HC 08 BOX 38793<br>CAGUAS, PR  00725 |
| MARIBEL MENDEZ CRUZ<br>C/O FREDESWIN PEREZ CABALLERO ESQ<br>PO BOX 723<br>CAGUAS, PR  00726 | QUANTUM3 GROUP LLC<br>AS AGENT FOR SADINO FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 |
| RELIABLE FINANCIAL SERVICES<br>C/O CARLOS E PEREZ PASTRANA<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 |
| SISTEMA DE RETIRO<br>PO BOX 42003<br>SAN JUAN, PR  00940-2203 | US DEPARTMENT OF EDUCATION<br>C/O NELNET<br>121 SOUTH 13TH STREET<br>SUITE 201<br>LINCOLN, NE  68508 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 530229<br>ATLANTA, GA  30353-0229 | US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA  30374-0283 |

DATED:   March 08, 2018

/S/RENE GOMEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

15-10081-ESL

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

JONATHAN OLMEDA RAMOS and SARID DE JESUS RESTO ACEVEDO
HC 08 BOX 38793
CAGUAS, PR 00725

ROBERTO FIGUEROA CARRASQUILLO*

R FIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186
CAGUAS, PR 00726-0186

DATED: March 08, 2018

/S/RENE GOMEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 3 of 3   - CASE NO 15-10081-ESL

Department of Defense Manpower Data Center

Results as of : Mar-07-2018 01:53:04 PM

SCRA 4.4



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-8969 |
| Birth Date: | |
| Last Name: | OLMEDA RAMOS |
| First Name: | JONATHAN |
| Middle Name: | E |
| Status As Of: | Mar-07-2018 |
| Certificate ID: | 0NSYFX4JRFJH8W2 |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Mar-07-2018 01:53:46 PM

SCRA 4.4



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-8969 |
| Birth Date: | |
| Last Name: | RESTO ACEVEDO |
| First Name: | SARID |
| Middle Name: | DE JESUS |
| Status As Of: | Mar-07-2018 |
| Certificate ID: | 3H8P60W64L2T591 |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.