IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JONATHAN OLMEDA RAMOS
SARID DE JESUS RESTO ACEVEDO

DEBTORS

CASE NO 15-10081/ESL

CHAPTER 13

## DEBTORS' REPLY TO *MOTION REQUESTING DISMISSAL* DOCKET NO. 47

TO THE HONORABLE COURT:

**COMES NOW, JONATHAN OLMEDA RAMOS and SARID DE JESUS RESTO ACEVEDO,** the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. Reliable Financial Services, Inc. ("Reliable") filed a *Motion Requesting Dismissal*, dated August 1, 2019, docket no. 47, in the above captioned case.

2. Debtors hereby respectfully submit evidence which shows that Debtor made payment in the amount of $985.95, which payment cures any and all arrears with Reliable Financial Services. Attached is evidence of Payment.

**WHEREFORE** the Debtors respectfully pray that Reliable motion requesting dismissal for failure to make current direct post-petition car loan payments, Docket no. 47, be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; Carlos Perez Pastrana, Esq., Counsel for Reliable Financial Services, Inc., and also certify that I have mailed by United States Postal Service copy of this motion to the following non-participant: Debtors, Jonathan Olmeda

Page – 2-
Debtors' Reply to Motion Requesting Dismissal
Case no. 15-10081/ESL13

Ramos and Sarid De Jesús Resto Acevedo, HC08 Box 38793, Caguas, PR 00725, in the

above captioned case.

     **RESPECFULLY SUBMITTED.** In San Juan, Puerto Rico, this 12th day of August,

2019.

/s/***Roberto Figueroa Carrasquillo***
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186    CAGUAS PR 00726-0816
TEL 787-744-7699 FAX 787-746-5294
EMAIL: rfc@rfigueroalaw.com

# BANCO POPULAR

```
            041          Las Catalinas
    Date: 08/09/2019    Time:  1:08 pm
           Teller ID:  17
```

```
Trans.   /    Trans. Description /    Amount
Sequence       Account Number
------------------------------------------------
```

262 Cash From Client                    $1,000.00

    RELIABLE AUTO Payment
    851881236
    Paid Amount                          $328.65

263 RELIABLE AUTO Payment
    851881236
    Paid Amount                          $328.65

264 RELIABLE AUTO Payment
    851881236
    Paid Amount                          $328.65

265 Paid To Client                       $14.05

Este recibo es el comprobante de sus
transacciones. Consérvelo para reconciliar su
estado de cuenta, para alguna reclamación
o devoluciones de Especiales Musicales.
- Gracias por permitirnos Servirle !
TeleBanco Popular 787-724-3650 ó 1-888-724-3650
www.bancopopular.com